# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| **TIJUANA MINGO** </br>*on behalf of herself and others* </br>*similarly situated*, </br></br>　　　　Plaintiff, </br></br>vs. </br></br>**SPRINT CORPORATION** and </br>**SPRINT/UNITED MANAGEMENT** </br>**COMPANY** </br></br>　　　　Defendants. | Civil Action No.:   17-cv-2688 |

## JOINT MOTION FOR APPROVAL OF STIPULATION OF SETTLEMENT AGREEEMENT AND RELEASE FOR COLLECTIVE ACTION

　　　　COME NOW, the Plaintiff and Defendants and hereby move this Court to enter an order approving the parties' Stipulation of Settlement Agreement in this Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") collective action matter. The parties have provided a courtesy copy of an order to chambers. In support of this Motion, the parties have contemporaneously filed a supporting memorandum. Attached to that memorandum as Exhibit 1 is the fully executed Stipulation of Settlement Agreement.

　　　　WHEREFORE, the parties respectfully request that this Court approve this Joint Motion and enter an order approving the terms and conditions of the Stipulation of Settlement Agreement consistent with the courtesy copy provided to chambers.

Respectfully submitted,



*/s/ Brendan J. Donelon*
Brendan J. Donelon, KS 17420
4600 Madison, Suite 810
Kansas City, Missouri 64112
Tel:     (816) 221-7100
Fax:    (816) 709-1044
brendan@donelonpc.com

R. Brent Hankins, KS  26165
**R. Brent Hankins, P.C.**
117 West 20th Street, Ste. 201
Kansas City, MO 64108
Tel: (816) 471-8419
Fax: (816) 531-3600
brent@hankinslaw-pc.com

ATTORNEYS FOR PLAINTIFF

-and-

*/s/ Curtis R. Summers*
Daniel B. Boatright
Curtis R. Summers
Robert J. Rojas
LITTLER MENDELSON, P.C.
1201 Walnut, Suite 1450
Kansas City, MO 64106
Telephone: 816.627.4400
Facsimile: 816.627.4444
dboatright@littler.com
csummers@littler.com
rrojas@littler.com

ATTORNEYS FOR DEFENDANTS